UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Anna Kelly v. Bayer Corporation, et al.* | No. 09-cv-10193-DRH |
| *Shanna Meyer, et al. v. Bayer Corporation, et al.* | No. 11-cv-13079-DRH |
| *Evangeline Powell v. Bayer Corporation, et al.* | No. 10-cv-13511-DRH |
| *Allison Scritchfield v. Bayer Corporation, et al.* | No. 12-cv-11278-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 30, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
         **Deputy Clerk**

**Dated:**  June 30, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.30
14:48:53 -05'00'

**APPROVED:**
    **CHIEF JUDGE**
    **U. S. DISTRICT COURT**